**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

UWAIS SYED,　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 21 CV 6000

　　　　　　　　　　　　　　**Plaintiff,**

　　　-against-

S&P PHARMACY CORP., SHAZIA PHARMACY INC.,
NATHAN'S PHARMACY AND SURGICAL SUPPLIES,
APNI PHARMACY CORP., WATTO CORPORATION,
MEDICINE SHOPPE PHARMACY, PERVEZ SIDDIQUI,
**SHAZIA BIBI, and SHAHBAZ WATTO,**

　　　　　　　　　　　　　　**Defendants.**
-----------------------------------------------------------------------X

## NOTICE OF MOTION

　　　**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and Declaration of Michael DiGiulio and exhibits thereto, Plaintiff shall move the Court at such date and time as counsel may be heard to grant the following relief:

(1) Pursuant to Federal Rule of Civil Procedure 45 and this Court's inherent authority, grant Plaintiff permission to serve a subpoena upon the third-party witness Humaira Chaudhry via email, telephone, and certified mail.

Dated: New York, NY
　　　　June 29, 2023

　　　　　　　　　　　　　　　　　　By: */s/ Michael DiGiulio*
　　　　　　　　　　　　　　　　　　Micheal DiGiulio
　　　　　　　　　　　　　　　　　　**JOSEPH & KIRSCHENBAUM LLP**
　　　　　　　　　　　　　　　　　　32 Broadway, Suite 601
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　(212) 688-5640 Phone
　　　　　　　　　　　　　　　　　　(212) 981-9587 Fax

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1