Case 1:21-cv-06000-AMD-PK   Document 55-4   Filed 06/29/23   Page 1 of 5 PageID #: 651

Case 1:21-cv-06000-AMD-PK   Document 55-4   Filed 06/29/23   Page 1 of 5 PageID #: 651

# EXHIBIT 2

**Subject:** Re: Service of Subpoena - Case No. 21 cv 6000
**Date:** Wednesday, June 21, 2023 at 1:02:30 PM Eastern Daylight Time
**From:** Mike DiGiulio
**To:** John DiCanio, Evelyn Velesaca

Thank you, John. You can stop attempting to serve the subpoena for now.

--
Mike DiGiulio
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548
Mobile: (518) 466-8036

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

*IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)*

---

**From:** John DiCanio <John@servingbyirving.com>
**Date:** Wednesday, June 21, 2023 at 1:00 PM
**To:** Mike DiGiulio <mike@jk-llp.com>, Evelyn Velesaca <evelyn@jk-llp.com>
**Subject:** RE: Service of Subpoena - Case No. 21 cv 6000

Good afternoon
We attempted service today at the residence.  My server arrived at 7:15AM and waited until 10:30.  He did not see her enter of leave the home.  When he rang the bell at 10:30 there was no answer.

---

**From:** Mike DiGiulio <mike@jk-llp.com>
**Sent:** Tuesday, June 20, 2023 10:24 AM
**To:** John DiCanio <John@servingbyirving.com>; Evelyn Velesaca <evelyn@jk-llp.com>
**Subject:** Re: Service of Subpoena - Case No. 21 cv 6000

Thank you very much for the update John.

Please let me know how the service attempts today/tomorrow go.

Much appreciated,

Mike

--
Mike DiGiulio
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548
Mobile: (518) 466-8036

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

*IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)*

---

**From:** John DiCanio <John@servingbyirving.com>
**Date:** Tuesday, June 20, 2023 at 10:20 AM
**To:** Mike DiGiulio <mike@jk-llp.com>, Evelyn Velesaca <evelyn@jk-llp.com>
**Subject:** RE: Service of Subpoena - Case No. 21 cv 6000

Good morning
We are serving the subpoena with the witness fee.

Attempts were made at the home on:
6/9/23 @ 5:24PM
6/12/23 @ 2:00PM & 4:20PM
6/13/23 @ 1:45-2:40PM
6/18/23 @ 5:10PM

She works at ███████████████████████████████, Brooklyn.  We attempted

service there:
6/15/23 @ 12:20PM
6/18/23 @ 3:00-4:25PM

**From:** Mike DiGiulio <mike@jk-llp.com>
**Sent:** Tuesday, June 20, 2023 9:45 AM
**To:** John DiCanio <John@servingbyirving.com>; Evelyn Velesaca <evelyn@jk-llp.com>
**Subject:** Re: Service of Subpoena - Case No. 21 cv 6000

John,

Please let me know the dates/times that you attempted service previously. And at what addresses you attempted service for her home and for her place of business.

Can you also please re-attempt service today and (if necessary), tomorrow? (The deposition is scheduled for next Wednesday, June 28).

Finally, just to confirm, is the subpoena is being served with a check for the witness fee?

Thanks for your attention to this.

Mike

--
Mike DiGiulio
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548
Mobile: (518) 466-8036

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.

*IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)*

**From:** John DiCanio <John@servingbyirving.com>

**Date:** Friday, June 16, 2023 at 2:08 PM
**To:** Evelyn Velesaca <evelyn@jk-llp.com>
**Cc:** Mike DiGiulio <mike@jk-llp.com>
**Subject:** RE: Service of Subpoena - Case No. 21 cv 6000

Good afternoon

We made a few attempts to serve Humaira Chaudhry at both her home and place of business and have been unsuccessful.

---

**From:** Evelyn Velesaca <evelyn@jk-llp.com>
**Sent:** Friday, June 9, 2023 3:27 PM
**To:** info <info@servingbyirving.com>
**Cc:** Mike DiGiulio <mike@jk-llp.com>
**Subject:** Service of Subpoena - Case No. 21 cv 6000

Good afternoon,

Please serve the attached subpoena. Rush service.

Thanks!

Evelyn Velesaca

Paralegal

Joseph & Kirschenbaum LLP

32 Broadway

Suite 601

New York, NY 10004

Tel: 212-688-5640

Fax: 212-981-9587


This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.


IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)