UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

**UWAIS SYED,**

       **Plaintiff,**

 v.

**S&P PHARMACY CORP., SHAZIA PHARMACY INC., NATHAN'S PHARMACY, SAUL'S PHARMACY AND SURGICAL SUPPLIES, APNI PHARMACYCORP., WATTO CORPORATION, MEDICINE SHOPPE PHARMACY, PERVEZ SIDDIQUI, SHAZIA BIBI, and SHAHBAZ WATTO,**

       **Defendants.**

Case No.:
21-cv-06000

----------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff Uwais Syed accepts Defendants' Offer of Judgment of $15,000 in the above captioned action. Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 is attached hereto as Exhibit A.

Dated: New York, New York
   October 23, 2024

JOSEPH & KIRSCHENBAUM LLP
*Attorneys for Plaintiff*

By: _/s/ Mike DiGiulio_
  Michael DiGiulio
  32 Broadway, Suite 601
  New York, NY 10004
  Tel: (212) 688-5640