UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**UWAIS SYED,**

      **Plaintiff,**

Case No.:
21-cv-06000

v.

**S&P PHARMACY CORP., SHAZIA PHARMACY INC., NATHAN'S PHARMACY, SAUL'S PHARMACY AND SURGICAL SUPPLIES, APNI PHARMACYCORP., WATTO CORPORATION, MEDICINE SHOPPE PHARMACY, PERVEZ SIDDIQUI, SHAZIA BIBI, and SHAHBAZ WATTO,**

      **Defendants.**

-------------------------------------------------------------X

## JUDGMENT

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 24, 2024; and Defendants having offered Plaintiff Uwais Syed an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $15,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Uwais Syed against all Defendants in the amount of $15,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to the date of this offer.

Dated: Brooklyn, New York
   October 28, 2024

BRENNA B. MAHONEY
CLERK OF COURT
by: *Jalitza Poveda*
   Deputy Clerk

1