Exhibit "C"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UWAIS SYED,

                          Plaintiff,

v.

S&P PHARMACY CORP., SHAZIA PHARMACY INC., NATHAN'S PHARMACY, SAUL'S PHARMACY AND SURGICAL SUPPLIES, APNI PHARMACY CORP., WATTO CORPORATION, MEDICINE SHOPPE PHARMACY, PERVEZ SIDDIQUI, SHAZIA BIBI, and SHAHBAZ WATTO,

                          Defendants.

-----------------------------------------------------------X

Case No.:
21-cv-06000

JOINT STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTER CLAIMS WITH PREJDUICE

It is hereby STIPULATED AND AGREED by and between the parties to this action, through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), all of Defendants' counterclaims against Plaintiff in this action are dismissed with prejudice, with all parties to bear their own fees and costs.

Dated: New York, New York
       October 15, 2024

JOSEPH & KIRSCHENBAUM LLP
*Attorneys for Plaintiff*

By: *Mike DiGiulio*
    Michael DiGiulio
    32 Broadway, Suite 601
    New York, NY 10004
    Tel: (212) 688-5640

PERVEZ & REHMAN, P.C.
*Attorneys for Defendants*

By: [signature]
    Aneeba Rehman, Esq.
    Nadia M. Pervez, Esq.
    6268 Jericho Turnpike, Suite 8
    Commack, New York, 11725
    Tel: (631) 427-0700

3